IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 MAY 19 A 9:18

Gregory Lee )
Full name and prison number )
of plaintiff(s) )
)
v. )   CIVIL ACTION NO. 2:06cv451-WKW
)   (To be supplied by Clerk of
Officer Thomas )     U.S. District Court)
)
_____ )
_____ )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action? YES ( ) NO ( )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment? YES ( ) NO (X)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____
            _____ N/A _____

            Defendant(s) _____
            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____
            _____ N/A _____

3. Docket number _____ N/A _____

4. Name of judge to whom case was assigned _____ N/A _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____ N/A _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Officer Thomas | P.O. Box 56 |
| 2. | Elmore, Al 36025 | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED March 16, 2006 6:05 or 6:15 PM

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I was in D-Dorm officer Thomas was working the Dorm that Date we had a

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Argued, officer Thomas grah me and threwed me upon the wall very hard. and hurt my back and starting pushing and shoving. me, and called me a snitch.

GROUND TWO: Officer Thomas told me to close my mouth, and punched in my face and.

SUPPORTING FACTS: Officer thomas starting to beating on me, and told me to tell anyone I wanted to. when officer Thomas came in the Dorm he starting harring me.

GROUND THREE: _____

SUPPORTING FACTS: _____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want criminal charge brought officer thomas. And to pay $50,000 for my injury for 1st degree assult

Gregory lee
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on   MAY 16, 2006   .
(Date)

Gregory lee
Signature of plaintiff(s)

4