IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY LEE, # 184070, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-451-WKW |
| ) | (WO) |
| OFFICER THOMAS, ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER</u>**

On May 24, 2006, the Magistrate Judge filed a Recommendation (Doc. # 3) that the case is due to be denied for failure to pay the full filing fee upon the initiation of this case. The plaintiff has not filed objections.

After an independent and de novo review of the record, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 3) is ADOPTED; and

2. This action is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this the 15th day of June, 2006.

        /s/   W. Keith Watkins
UNITED STATES DISTRICT JUDGE